# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-1776

_____

JARROD MCDOWELL,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Gary L. Bergosh, Judge.

May 3, 2018

**ON REMAND FROM THE FLORIDA SUPREME COURT**

PER CURIAM.

In accordance with instructions from the Florida Supreme Court, this cause is remanded for resentencing in conformance with sections 775.082, 921.1401, and 921.1402, Florida Statutes. *See Kelsey v. State*, 206 So. 3d 5 (Fla. 2016).

ROBERTS, WETHERELL, and BILBREY, JJ., concur.

_____

Jared McDowell, pro se, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.